NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DEVIN PIERRE-ANTIONE DIXON,           )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D16-1382
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Gary J. Schwartz, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.